FILED - USDC -NH
2024 APR 10 PM 3:15

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Plaintiff(s):
Arley Poling
Michael Davis
Vickie Parent

v.

Defendant(s):
All pasted and present Board members
Two Rivers MH COOP INC

COMPLAINT 1:24-cv-97

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Arley Poling
215 Riverside DR
Campton NH
03223

Michael Davis 603-223-7855
Vickie Parent 603-800-9511
Arley J Poling- 603 688-3040

Defendant(s)'s Name, Address and Phone Number

All members of Board pasted and present

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

For harassement and Descrimination wrongful eviction.

Ever sense it went coop they have made it very hard for me to live here do to the fact they consently change the rules to harasser me. The Board members have made it very clear that they don't want me here by their actions. Now Im at the pont of losing everything I own. Now I was told that they are trying to take my home, Ill have nothing. They have singled me out do to the fact that some of the Board members don't like me.

I would like some releif from the eviction that is happen right now. And to stop them from harassing us.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 4-10-24

Signature: _____

*Andey Poling*     *Michael A Dans*     *Vickie Parent*