UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arley J. Poling, et al.

    v.                                                        Case No. 24-cv-97-JL-AJ

Two Rivers Mobile Home Coop, Board Members

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 16, 2024 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: May 13, 2024

cc:    Arley J. Poling, pro se
        Michael A. Davis, pro se
        Vickie Parent, pro se