UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arley J. Poling, et al.

    v.

                                        Case No. 24-cv-97-JL-AJ

Two Rivers Mobile Home Coop,
Board Members

## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated May 13, 2024, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 16, 2024.

                                                          By the Court:

                                                          Daniel J. Lynch
                                                          Clerk of Court

Date: May 14, 2024

cc:   Arley J. Poling, pro se
       Michael A. Davis, pro se
       Vickie Parent, pro se